Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IRASARI LAZAZZARO,<br><br>Plaintiff,<br><br>vs.<br><br>HOTSPUR RESORTS NEVADA, LTD., a Nevada Corporation, doing business as JW Marriott Las Vegas Resort & Spa,<br><br>Defendant. | CASE NO. 2:17-cv-00657-JCM-NJK<br><br>STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE HER RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT<br>[LR 7-1]<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 7-1 that Plaintiff Irasari Lazazzaro's ("Plaintiff") response to Defendant Hotspur Resorts Nevada, Ltd's motion to dismiss Plaintiff's third amended complaint or alternatively, motion for summary judgment, filed on November 29, 2017, for which the opposition is currently due by December 13, 2017, will be continued to December 20, 2017.

1

Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given the other matters Plaintiff's counsel is involved in.  No previous continuances or extensions have been requested or granted as to the filing of Plaintiff's response to Defendant's motion to dismiss Plaintiff's third amended complaint or alternatively, motion for summary judgment.

| LAW OFFICES OF MICHAEL P. BALABAN | HEJMANOWSKI & McCREA LLC |
|---|---|
| /s/ Michael P. Balaban, Esq.<br>Michael P. Balaban, Esq.<br>10726 Del Rudini Street<br>Las Vegas, NV  89141 | /s/ Malani L. Kotchka, Esq.<br>Malani Kotchka, Esq.<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101 |
| Attorney for Plaintiff | Attorney for Defendant |
| Dated: December 11, 2017 | Dated:  December 11, 2017 |

IT IS SO ORDERED:

*[signature]*

UNITED STATES DISTRICT JUDGE

Dated: December 13, 2017