UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IRASARI LAZAZZARO,<br><br>　　　　　　　　　　　Plaintiff,<br>v.<br>HOTSPUR RESORTS NEVADA, LTD.,<br><br>　　　　　　　　　　　Defendant. | Case No. 2:17-cv-00657-JCM-NJK<br><br>**<u>ORDER</u>** |

This matter was referred to the undersigned for an Early Neutral Evaluation on March 3, 2017. *See* Notice (ECF No. 2).

The Complaint (ECF No. 1) in this matter was filed March 3, 2017. On March 3, 2017, it was referred to the court's conduct Early Neutral Evaluation Program. *See* Notice (ECF No. 2). An Amended Complaint (ECF No. 6) and Second Amended Complaint (ECF No. 10) were subsequently filed on April 12, 2017, and May 31, 2017. Defendant filed a Motion to Dismiss (ECF No. 11) June 13, 2017. On July 18, 2017, the undersigned entered an order setting an Early Neutral Evaluation for August 16, 2017. On August 4, 2017, Judge Mahan granted without prejudice defendant's Motion to Dismiss (ECF No. 11). *See* Order (ECF No. 18). The entry of Judge Mahan's order terminated the ENE that was set in this matter.

On August 7, 2017, a clerk's judgment was entered in favor of defendant and against plaintiff. Plaintiff filed a Third Amended Complaint (ECF No. 20) on September 3, 2017, and on September 4, 2017, a Notice of Appeal (ECF No. 21) was filed on the clerk's judgment. On November 7, 2017, the appeal was dismissed for failure to prosecute. *See* Order of USCA, Ninth Circuit (ECF No. 24), and Order on Mandate (ECF No. 26).

On November 29, 2017, defendant filed another Motion to Dismiss (ECF No. 28). The Response (ECF No. 31) was filed December 20, 2017, and Reply (ECF No. 32) was filed

| | |
|---|---|
| 1 | December 27, 2017.  Judge Mahan entered an Order (ECF No. 33) denying the motion to dismiss |
| 2 | on September 24, 2018, and defendant filed it's Answer to the Third Amended Complaint (ECF |
| 3 | No. 34) on October 9, 2018.  A Scheduling Order (ECF No. 38) was entered January 3, 2019, |
| 4 | setting a March 25, 2019 discovery cutoff.  Judge Koppe, the magistrate judge assigned to this |
| 5 | case advised the party at the hearing on the proposed discovery plan and scheduling order that she |
| 6 | was not inclined to extend the deadlines.  See Minutes of Proceedings (ECF No 37). |

LR 16-6 (d) contemplates an ENE will be conducted early in the case, within 90 days of the first responding party's appearance in the case.  The purpose of an *early* neutral evaluation is to attempt to resolve an employment discrimination case before substantial costs, attorneys' fees and resources are expended. The court finds that the purpose of LR 16-6 in conducting the ENE would not be served at this late date.  The discovery cutoff is March 25, 2019 and the court's calendar will not accommodate an ENE prior to the discovery cutoff.  The parties will be referred for a mandatory settlement conference after dispositive motions are filed, or the joint pretrial order is filed.

**IT IS ORDERED** that the case is referred to the normal litigation track.

DATED this 16th day of January 2019.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2