Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IRASARI LAZAZZARO,<br><br>           Plaintiff,<br><br>vs.<br><br>HOTSPUR RESORTS NEVADA, LTD., a Nevada Corporation, doing business as JW Marriott Las Vegas Resort & Spa,<br><br>           Defendant. | CASE NO. 2:17-cv-00657-JCM-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff IRASARI LAZAZZARO and Defendant HOTSPUR RESORTS NEVADA, LTD., by and though their respective attorneys of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice, with each party to bear her and its own costs and attorney's fees.

///

///

///

1

| | |
|---|---|
| LAW OFFICES OF MICHAEL P. BALABAN | HEJMANOWSKI & McCREA LLC |
| /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>10726 Del Rudini St.<br>Las Vegas, NV 89141<br>Attorney for Plaintiff<br><br>Dated: September 8, 2020 | /s/ Malani L. Kotchka<br>Malani L. Kotchka, Esq.<br>520 South Fourth Street, Suite 320<br>Las Vegas, NV 89101<br>Attorney for Defendant<br><br>Dated: September 8, 2020 |

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

Dated: September 21, 2020